# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(SOUTHERN DIVISION – SANTA ANA)**

| | |
|---|---|
| STEVEN COULTER,<br><br>　　　　Plaintiff,<br>　　vs.<br>ANGELS BASEBALL, LP; LOCAL 1877; DAVE STILWELL; JEFF FROEHLICK and DOES 1 to 50,,<br>　　　　Defendants. | No. 09-cv-00187-CJC-MLG<br><br>Judge Honorable Cormac J. Carney<br><br>**[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT FOR FAILURE TO COMPLY WITH COURT ORDER [FRCP 41(B)]** |

[PROPOSED] ORDER DISMISSING
PLAINTIFF'S COMPLAINT
Case No. 09-cv-00187-CJC-MLG

339797.1

1  On April 8, 2009, in Chambers, the Court read and considered Defendant
2  Angels Baseball LP's ("Angels") Motion to Dismiss Plaintiff's Steven Coulter's
3  Complaint for Failure to State a Claim pursuant to Federal Rule of Civil Procedure
4  ("FRCP") 12(b)(6), or, in the alternative, Motion for a More Definite Statement
5  pursuant to FRCP 12(e).
6  After having read and considered the papers, the Court granted Defendant's
7  motion to dismiss and gave Plaintiff twenty (20) days leave to amend his Complaint.
8  In granting Defendant's motion to dismiss, the Court noted that Local Rule 7-12 of
9  the Central District of California provides the Court grounds alone for granting
10 Defendant's motion to dismiss because Plaintiff failed to file an opposition to
11 Defendant's motion.  The Court held that Plaintiff's Complaint failed to state a claim
12 because he alleges no facts to support a cause of action and, thus, Plaintiff's
13 Complaint does not give Defendants sufficient notice as to the contents of his claim.
14 Accordingly, the Court granted Defendant's motion to dismiss with twenty (20) days
15 leave to amend.
16 As of May 4, 2009, five days passed the twenty (20) days provided, Plaintiff
17 has failed to file an amended complaint and, therefore, the time granted for Plaintiff
18 to amend his complaint has expired.  Thus, Plaintiff has failed to comply with the
19 Court's April 8, 2009 Order.
20 IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT Plaintiff
21 Steven Coulter's Complaint is dismissed with prejudice pursuant to FRCP 41(b).

23 IT IS SO ORDERED.
24 Dated: May 06, 2009
25 Hon. Cormac J. Carney
   U.S. District Court Judge
26 Central District of California